ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3·26·2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITIBANK, N.A.,

         Plaintiff,

-against-

STEVEN P. OTILLAR and LAURA J. OTILLAR,

         Defendants.

12-Civ-5092 (LLS)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to this action that Plaintiff shall answer, move or otherwise respond to the Defendants' Answer, Counterclaim and Jury Demand on or before April 5, 2013; Defendants shall file any papers in opposition to any motion on or before May 3, 2013; and Plaintiff shall file any reply papers in further support of any motion on or before May 23, 2013.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and electronic signatures shall have the same force and effect as originals.

Dated: March 19, 2013

BECKER & POLIAKOFF LLP
By: _____
Peter Smith
Valerie Sirota
45 Broadway, 8th Floor
New York, New York 10006
(212) 599-3322

*Attorneys for Defendants Steven P. Otillar and Laura J. Otillar*

Dated: March 19, 2013

LUSKIN, STERN & EISLER LLP
By: _____
Michael Luskin
Stephan E. Hornung
Eleven Time Square
New York, New York 10036
(212) 597-8200

*Attorneys for Plaintiff, Citibank, N.A.*

Dated March 25, 2013

SO ORDERED: _____Louis L. Stanton_____
        Hon. Louis Stanton