

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A., | |
| Plaintiff, | 12-cv-5092 (LLS) |
| -against- | ECF CASE |
| STEVEN P. OTILLAR and LAURA J. OTILLAR, | **STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in this action that all claims asserted by Plaintiff, Citibank, N.A. ("Citibank") against Defendants, Steven P. Otillar and Laura J. Otillar, (together, the "Defendants") and all counterclaims asserted by the Defendants against Citibank shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or expenses to any party.

Dated: New York, New York
       April __, 2013

BECKER & POLIAKOFF, LLP

By: _____
    Helen Davis Chaitman
    Peter Smith
    Valerie Sirota

45 Broadway
New York, New York 10006
(212) 381-9684
hchaitman@becker-poliakoff.com
psmith@becker-poliakoff.com
vsirota@becker-poliakoff.com

*Attorneys for Defendants, Steven P. Ottilar and Laura J. Ottilar*

LUSKIN, STERN & EISLER, LLP

By: _____
    Michael Luskin
    Stephan E. Hornung

Eleven Times Square
New York, New York 10036
(212) 837-6000
luskin@lsellp.com
hornung@lsellp.com

*Attorneys for Plaintiff, Citibank, N.A.*

SO ORDERED   *Louis L. Stanton*
      Hon. Louis L. Stanton, U.S.D.J.   5/8/13

- 2 -